*Reynolds Robertson, Fred Upchurch, James F. Gray,* and *Leonard J. Ganse* for petitioners. *Messrs. William Mc-Craw, W. J. Holt, William C. Davis, Charles M. Kennedy,* and *Earl Street* for respondents.

No. 601. AGRICULTURAL BOND & CREDIT CORP. *v.* NORTON ET AL. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George W. Swain* and *Benjamin F. Hegler* for petitioner. *Mr. Austin M. Cowan* for respondents.

No. 602. STANOLIND OIL & GAS CO. ET AL. *v.* LOGAN, TRUSTEE IN BANKRUPTCY. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William D. Mitchell, Rhodes S. Baker, Clay Tallman,* and *Donald Campbell* for petitioners. *Mr. John T. Pearson* for respondent.

No. 603. HARRY T. ROLLINS *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 604. GLENDORA M. ROLLINS *v.* SAME;

No. 605. MARGARET C. ROLLINS *v.* SAME;

No. 606. HARRY T. ROLLINS ET AL., EXECUTORS, *v.* SAME; and

No. 607. RALPH E. ROLLINS *v.* SAME. January 3, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Joseph G. Gamble* and *Joseph F. Rosenfield* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *John J. Pringle, Jr.,* for respondent. Reported below: 92 F. (2d) 390.